IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § | Case No. 6:11-cv-655 |
| | § § § | |
| NEC CORPORATION OF AMERICA, INC. | § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § | Case No. 6:11-cv-656 |
| | § § § | |
| GOOGLE, INC., et al. | § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § | Case No. 6:11-cv-657 |
| | § § § | |
| NETAPP, INC. | § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § | Case No. 6:11-cv-658 |
| | § § § | |
| AMAZON WEB SERVICES LLC, et al. | § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § § | Case No. 6:11-cv-659 |
| CARINGO, INC. | § § § | |

___

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § § | Case No. 6:11-cv-660 |
| EMC CORP., et al. | § § § | |

___

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § § | Case No. 6:11-cv-683 |
| AUTONOMY, INC. | § § § | |

___

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § § | Case No. 6:12-cv-658 |
| YAHOO! INC. | § § § | |

___

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § § | Case No. 6:12-cv-659 |
| RACKSPACE US, INC., et al. | § § § | |

___

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § § | |
| v. | § § § § § | Case No. 6:12-cv-660 |
| APPLE INC. | | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § § § § | Case No. 6:12-cv-661 |
| INTERNATIONAL BUSINESS MACHINES CORP. | § § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § § § § § | Case No. 6:12-cv-662 |
| FACEBOOK INC. | § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES LLC | § § § | |
| v. | § § § § § | Case No. 6:12-cv-663 |
| MICROSOFT CORP. | § | |

## **ORDER OF RECUSAL AND TRANSFER**

The undersigned judge hereby recuses himself with regard to the following actions: *PersonalWeb Technologies LLC v. Google, Inc.*, 6:11-cv-656; *PersonalWeb Technologies LLC v. Yahoo! Inc.*, 6:12-cv-658; *PersonalWeb Technologies LLC v. Apple Inc.*, 6:12-cv-660; *PersonalWeb

*Technologies LLC v. Facebook Inc.*, 6:12-cv-662; and *PersonalWeb Technologies LLC v. Microsoft Corp.*, 6:12-cv-663.

Furthermore, the remaining above-listed cases are transferred to the Hon. Judge Leonard Davis due to the related nature of the cases.

It is SO ORDERED.

**SIGNED this 5th day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE