IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
TEXAS TYLER DIVISION

| | |
|---|---|
| **PersonalWeb Technologies LLC, and Level 3 Communications, LLC,** § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. 6:11-cv-00658 |
| § § | |
| v. § | |
| § | JURY TRIAL REQUESTED |
| **Amazon.com, Inc.;** § **Amazon Web Services LLC; and,** § **Dropbox, Inc.** § § | |
| § | |
| Defendants. § § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT DROPBOX, INC.**

PersonalWeb agrees to dismiss all its claims in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a), and Defendant Dropbox agrees to dismiss all its counterclaims in this action without prejudice pursuant to Federal Rules of Civil Procedure 41(a) and 41(c).

Plaintiff Level 3 Communications, LLC, Plaintiff Personalweb ("Plaintiffs") and Defendant Dropbox acknowledge that Level 3 joined this action pursuant to contractual obligations to PersonalWeb and has not asserted any claims in this action related to its exclusive field of use in the Patents-in-Suit.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendant Dropbox, Inc., that all claims, affirmative defenses and counterclaims in the above- captioned action as between Plaintiffs and Dropbox only, shall, in accordance with the following Order of Dismissal,

877878
877878

be dismissed without prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

    So Stipulated

Dated: April 8, 2013

Respectfully submitted,

*/s/ Samuel F. Baxter*
**McKOOL SMITH, P.C.**
Samuel F. Baxter
*Lead Attorney*
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith, P.C.
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**McKOOL SMITH HENNIGAN, P.C.**
Lawrence M. Hadley
California State Bar No. 157728
lhadley@mckoolsmithhennigan.com
zhall@mckoolsmithhennigan.com
eeffner@mckoolsmithhennigan.com
mgaona@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 694-1200
Telecopier: (213) 694-1234

**ATTORNEYS FOR PLAINTIFF PERSONALWEB TECHNOLOGIES, LLC**

David D. Wier
David.Wier@Level3.com


 */s/ David Wier*
David Wier

**ATTORNEYS FOR PLAINTIFF LEVEL 3 COMMUNICATIONS LLC**

877878
877878

*/s/ Phillip J. Haack*
Phillip J. Haack (CA Bar No. 262060)
(Admitted E.D. Texas)
Ryan Tyz (CA Bar No. 234895)
(Admitted E.D. Texas)
J. David Hadden (CA Bar No. 176148)
(Admitted E.D. Texas)
Darren Donnelly (CA Bar No. 194335)
(Admitted E.D. Texas)

**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, California 94041
(650) 988-8500
(650) 938-5200
dhadden@fenwick.com
ddonnelly@fenwick.com
rtyz@fenwick.com
phaack@fenwick.com
**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this April 8, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          */s/ Lawrence M. Hadley*
                                          Lawrence M. Hadley