# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION

| | |
|---|---|
| **PersonalWeb Technologies LLC, and Level 3 Communications, LLC,** § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. 6:11-cv-00658 |
| v. § § | |
| **Amazon.com, Inc.; Amazon Web Services LLC; and, Dropbox, Inc.** § § § § | JURY TRIAL REQUESTED |
| Defendants. § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DROPBOX, INC. ONLY

Pursuant to the Stipulation of Dismissal by and among Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendant Dropbox, Inc.;

**IT IS HEREBY ORDERED THAT**:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-captioned action are dismissed without prejudice AS TO DEFENDANT DROPBOX, INC., ONLY, and pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c), all counterclaims in the above-captioned action are dismissed without prejudice AS TO DEFENDANT DROPBOX, INC., ONLY. Each party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 15th day of April, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**