# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC. <br><br> Defendants. | § § § § § § § § § § § § § § **CASE NO. 6:11-cv-00658** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs PersonalWeb Technologies LLC ("PersonalWeb") and Defendants Amazon.com, Inc. and Amazon Web Services LLC hereby stipulate to the dismissal of the claims that PersonalWeb has asserted in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff Level 3 Communications, LLC ("Level 3"), Plaintiff PersonalWeb and Defendants Amazon.com and Amazon Web Services acknowledge that Level 3 has made no claims against Defendants Amazon.com and Amazon Web Services in the above-captioned action.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendants Amazon.com, Inc. and Amazon Web Services LLC, that all claims in the above-captioned action shall, in accordance with the concurrently submitted Order of Dismissal, be dismissed with prejudice, that Defendants Amazon.com, Inc. and Amazon Web Services LLC retain the right to challenge validity, infringement, and/or enforceability of the patents-in-suit, via defense or otherwise, in any future suit or proceeding, and that each party shall bear its own costs, expenses and attorneys' fees.

So Stipulated.

DATED: June 6, 2014.                            Respectfully submitted,

*/s/ Sam Baxter*
**McKOOL SMITH, P.C.**
Samuel F. Baxter
*Lead Attorney*
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
McKool Smith, P.C.
104 East Houston Street, Suite 300

Marshall, Texas  75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**McKOOL SMITH HENNIGAN, P.C.**
Lawrence M. Hadley
California State Bar No. 157728
lhadley@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
Telephone:  (213) 694-1200
Telecopier:  (213) 694-1234

**Attorneys For Plaintiff PersonalWeb Technologies, Llc**


David D. Wier
David.Wier@Level3.com


 */s/ David Wier* _____
David Wier

**Attorneys for Plaintiff Level 3 Communications LLC**




 */s/ J. David Hadden*_____
J. David Hadden

dhadden@fenwick.com
(CA Bar No. 176148) (Admitted E.D. Texas)
Darren Donnelly
ddonnelly@fenwick.com
(CA Bar No. 194335)(Admitted E.D. Texas)
David Schumann
dschumann@fenwick.com
(CA Bar No. 223936) (Admitted E.D. Texas)
Ryan Tyz
rtyz@fenwick.com
(CA Bar No. 234895) (Admitted E.D. Texas)
Phillip J. Haack
phaack@fenwick.com

2

<u>(CA Bar No. 262060) (Admitted E.D. Texas)</u>
<u>FENWICK & WEST LLP</u>
<u>801 California Street</u>
<u>Mountain View, CA 94041</u>
<u>(650) 988-8500</u>
<u>Counsel for Defendants</u>
<u>AMAZON.COM, INC.;</u>

**Attorneys for Defendants Amazon.com and Amazon Web Services LLC**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on June 6, 2014.

                                                */s/ Samuel F. Baxter*
                                                Samuel F. Baxter