IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC. <br><br> Defendants. | § § § § § § § § § § § § § § <br><br> CASE NO. 6:11-cv-00658 |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal by and among Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendants Amazon.com, Inc. and Amazon Web Services LLC,

**IT IS HEREBY ORDERED THAT**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned action are dismissed with prejudice. Defendants Amazon.com, Inc. and Amazon Web Services LLC retain the right to challenge validity, infringement, and/or enforceability of the patents-in-suit via defense or otherwise, in any future suit or proceeding.

Each party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 9th day of June, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**