IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PERSONALWEB TECHNOLOGIES, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **CASE NO. 6:11-CV-658** |
| | § | |
| **AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Pursuant to the Orders granting the parties' Stipulated Dismissals, the Court hereby enters Final Judgment. On December 8, 2011, PersonalWeb Technologies, LLC ("PersonalWeb") filed suit against Amazon Web Services LLC; Amazon.com, Inc.; and Dropbox, Inc. On April 6, 2012, PersonalWeb amended its complaint to include Level 3 Communications, LLC as a Plaintiff in the suit. Since that time, all Defendants have been dismissed: Dropbox, Inc. (Docket No. 112) and Amazon Web Services LLC and Amazon.com, Inc. (Docket No. 164).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

2

**So ORDERED and SIGNED this 11th day of June, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**